

# THE THIRTEENTH COURT OF APPEALS

---

## 13-22-00097-CV

---

DOROTHY SANDS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE
OF CECILIA STANFORD, DECEASED, AND JULIE STANFORD
v.
AUTOZONE, INC.

---

On Appeal from the
County Court at Law No. 4 of Nueces County, Texas
Trial Court Cause No. 2018CCV-61634-4

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

May 12, 2022